```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 08 B 11623
   MARCUS L LINDSEY
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-8461

------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 05/07/2008 and was confirmed 08/06/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 11/26/2008.
------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
CONSUMER PORTFOLIO SERV   SECURED VEHIC    23373.00            .00       1324.80
CONSUMER PORTFOLIO SERVI  UNSECURED       NOT FILED            .00            .00
ACCOUNT RECOVERY SERVICE  UNSECURED       NOT FILED            .00            .00
US CELLULAR CHICAGO       NOTICE ONLY     NOT FILED            .00            .00
ACCOUNT RECOVERY SERVICE  UNSECURED       NOT FILED            .00            .00
US CELLULAR CHICAGO       NOTICE ONLY     NOT FILED            .00            .00
FIRST AMERICAN CASH ADVA  UNSECURED        1584.61             .00            .00
THE MONEY STORE           UNSECURED       NOT FILED            .00            .00
GREAT LAKES SPECIALTY FI  UNSECURED       NOT FILED            .00            .00
ECAST SETTLEMENT CORP     UNSECURED         343.54             .00            .00
HSBC BANK NEVADA/HSBC CA  UNSECURED         261.79             .00            .00
NATIONWIDE CREDIT CO      UNSECURED       NOT FILED            .00            .00
LOYOLA UNIVERSITY PHYSCN  NOTICE ONLY     NOT FILED            .00            .00
PROFFESSIONAL ACCOUNT MG  UNSECURED       NOT FILED            .00            .00
TCF BANK                  NOTICE ONLY     NOT FILED            .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED         460.01             .00            .00
UNITED COLLECTION BUREAU  UNSECURED       NOT FILED            .00            .00
MACNEAL EMERGENCY PHY     NOTICE ONLY     NOT FILED            .00            .00
UNIVERSAL LENDERS INC     UNSECURED        1342.65             .00            .00
INTERNAL REVENUE SERVICE  PRIORITY        NOT FILED            .00            .00
GLEASON & GLEASON LLC     DEBTOR ATTY      3,500.00                           .00
TOM VAUGHN                TRUSTEE                                          115.20
DEBTOR REFUND             REFUND                                         1,073.07

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                  2,513.07

PRIORITY                                           .00
SECURED                                       1,324.80
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 11623 MARCUS L LINDSEY

```
UNSECURED                                                               .00
ADMINISTRATIVE                                                          .00
TRUSTEE COMPENSATION                                                 115.20
DEBTOR REFUND                                                      1,073.07
                                  ---------------        ---------------
TOTALS                                  2,513.07               2,513.07
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                /s/ Tom Vaughn
Dated: 02/25/09                 _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```